## MONSERRATE ET AL *v.* VALLS.

### APPEAL from the District Court of Guayama.

No. 52.—Decided November 4, 1904.

MANDAMUS—PARTY BENEFICIALLY INTERESTED.—The petitioner in an application for *mandamus* must be a party beneficially interested in the acts of which performance is sought by virtue of such proceeding.

### STATEMENT OF THE CASE.

Angel Monserrate and Pedro Comas, as members of the local board of the "Partido Unionista de Puerto Rico" in Santa Isabel, filed in the District Court of Guayama an application for a writ of *mandamus* against the board of registration of electoral precinct No. 21 of the municipality of Santa Isabel, directed to Juan Valls, as president thereof, to compel him to proceed to the registration of sixty-seven electors who had a right to vote in the general election, and who, for certain reasons, were not registered. The District Court of Guayama denied the application, and the petitioners took an appeal to the Supreme Court.

Mr. *Bernardini,* for petitioners.

The respondents did not appear.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The applicants in this case do not show themselves to be parties interested in this matter in such a way as to qualify them to present a petition for *mandamus,* and the writ was for that reason properly denied. Reference may be had to the

case of Casalduc, just decided, for a sufficient discussion of the only question involved.

The judgment of the District Court of Guayama is correct and should be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras, and Wolf concurred.